# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 12-812 consolidated with 12-811

**PAULA JOURNET AND PAULA
JOURNET ON BEHALF OF JAYLON
JOURNET AND JALEIGH JOURNET**

**VERSUS**

**CLIFFORD MOUTON, ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 71371 C/W 71370
HONORABLE KEITH RAYNE JULES COMEAUX, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**SHANNON J. GREMILLION
JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Elizabeth A. Pickett, James T. Genovese, and Shannon J. Gremillion, Judges.

**Genovese, J., concurs in the result.**

**AFFIRMED.**

**James L. Pate
Jason T. Reed
Laborde & Neuner
P.O. Box 52828
Lafayette, LA 70505-2828
(337) 237-7000
COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Sheriff Ronnie Theriot
    Deputy Clint Aubrey
    St. Paul Fire and Marine Insurance Company**

**Kenny Layne Oliver**
**David Oliver Way**
**Oliver & Way**
**P. O. Box 82447**
**Lafayette, LA 70598-2447**
**(337) 988-3500**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Avis Budget Car Rental, LLC**

**Joslyn Renee Alex**
**Attorney at Law**
**P. O. Box 126**
**Breaux Bridge, LA 70517**
**(337) 332-1180**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Paula Journet**

**Pride Justin Doran**
**Quincy L. Cawthorne**
**Doran & Cawthorne, P.L.L.C.**
**P. O. Box 2119**
**Opelousas, LA 70571**
**(337) 948-8008**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Paula Journet**

**Irvin J. Celestine, Jr.**
**Attorney At Law**
**133 West Landry**
**Opelousas, LA 70570**
**(337) 407-2898**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Paula Journet**

**GREMILLION, Judge.**

For the reasons set forth in *Journet v. Mouton*, 12-811 (La.App. 3 Cir. 1/_/13), the judgment of the trial court is affirmed.  All costs of this appeal are taxed to plaintiff/appellant, Paula Journet.

**AFFIRMED.**